HARMATH, APPELLANT, *v.* GOLER ET AL., APPELLEES.

[Cite as Harmath *v.* Goler (1990), 49 Ohio St. 3d 62.]

(No. 89-97 — Submitted January 24, 1990 — Decided February 21, 1990.)

*Don C. Iler Co., L.P.A., Don C. Iler* and *Nancy C. Iler,* for appellant.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Susan M. Reinker* and *Janis L. Small,* for appellees.

This cause is affirmed on authority of *Johnson* v. *University Hospitals of Cleveland* (1989), 44 Ohio St. 3d 49, 540 N.E. 2d 1370.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.